CSD 3018 [05/15/03]
Name, Address, Telephone No. & I.D. No.

Jeffrey D. Larkin, SBN 228684
DOAN LAW FIRM, LLP
2850 Pio Pico Drive, Suite D
Carlsbad, CA 92008
(760) 450-3333 p (760) 720-6082 f

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>LAURA CATLIN<br><br>Debtor. | BANKRUPTCY NO. 08-06043 |
| LAURA CATLIN<br><br>Plaintiff(s) | ADVERSARY NO. 08-90580 |
| v.<br>PMGI LLC, SUNLAN-062804 LLC<br><br>Defendants(s) | Date & Time of Pre-Trial Status Conference:<br><br>Name of Judge: |

### CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL
### [LOCAL BANKRUPTCY RULE 7016-2]

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL requirements in accordance with Local Bankruptcy Rule 7016-2(c):

A.  **PLEADINGS/SERVICE:**

   1.  Have all parties been served?   ☑ Yes   ☐ No

   2.  Have all parties filed and served answers to the complaint, counter-complaints, etc.?   ☑ Yes   ☐ No

B.  **DISCOVERY PLAN:**

   1.  Fed. R. Bankr. P. 7026 and Local Bankruptcy Rule 7016-2 require the parties to meet within thirty (30) days after all defendants have appeared or, in cases having multiple defendants, within forty-five (45) days after the first defendant appears. The parties to this case met on __1/27/2009__.

   2.  The parties have agreed to make the disclosures required by Fed. R. Bankr. P. 7026(a)(1) by __2/10/2009__.

   3.  (Check one)
       A.  The parties have agreed on the discovery plan attached as Exhibit A.   ☑

       or

       B.  The parties cannot agree on a discovery plan and scheduling order. The attached   ☐
           Exhibit A sets forth the parties' disagreements and reasons for each party's position.

CSD 3018

CSD 3018 (Page 2) [05/15/03]

C. **SETTLEMENT OR MEDIATION:**

1. What is the status of settlement efforts?
   Plaintiff made settlement offer. Defendant has rejected.

2. Has this dispute been formally mediated? If so, when?
   No

3. Has mediation been discussed with your client? (See Local Bankruptcy Rule 7016-4.)
   Plaintiff         Defendant
   ☑ Yes ☐ No       ☑ Yes ☐ No

4. The parties desire to go to voluntary, non-binding mediation. (See Local Bankruptcy Rule 7016-6.) They have reviewed the list of mediators on the court's website (www.casb.uscourts.gov) or obtained the list from the court and have selected the following persons subject to availability as first, second, and third choices for mediator:
   First Choice: ____Plaintiff refuses mediation____
   Second Choice: _____
   Third Choice: _____
   Parties are requested to notify the courtroom deputy of their preferences at the time a pre-trial status conference date is obtained.

D. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
   | Plaintiff | Defendant |
   |---|---|
   | August 2009 | August 2009 |

2. If your answer to the above is more than five (5) months after the summons issued in this case, give reasons for further delay.
   | Plaintiff | Defendant |
   |---|---|
   | Multiple defendants and multiple discovery | Allow time for discovery |

3. When do you expect to complete your discovery efforts?
   | Plaintiff | Defendant |
   |---|---|
   | 5/29/2009 | 5/29/2009 |

4. What additional discovery do you require to prepare for trial?
   | Plaintiff | Defendant |
   |---|---|
   | None | None |

E. **TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage, if applicable)?
   | Plaintiff | Defendant |
   |---|---|
   | 1 day | 1/2 day |

2. How many witnesses do you intend to call at trial (including opposing parties)?
   | Plaintiff | Defendant |
   |---|---|
   | 7 | 5 |

3. Are any of the witnesses considered expert witnesses (Fed. R. Evid. 702)? If so, the parties agree to identify their expert witnesses by ___3/31/2009___.
   (See Fed. R. Bankr. P. 7026(a)(2)(C))

CSD 3018

Received: 1/30/09 15:21; 760 720 6082 -> 619-237-0650; Page 4
JAN/30/2009/FRI 02:37 PM   DLL LLP                FAX No. 760 720 6082                P. 004

Case 08-90580-JM    Filed 02/03/09    Doc 6    Pg. 3 of 4

CSD 3018 (Page 3) [05/15/03]

4. How many exhibits do you anticipate using at trial?

   <u>Plaintiff</u>            <u>Defendant</u>
   50                          50 (but may include some of
                               Plaintiff's exhibits)

5. Are any special accommodations required for witnesses (e.g., assisted listening devices, etc.)? Check one:
   ☐ No    ☑ Yes - Please specify:
   Powerpoint Elmo

6. Is any special equipment required for presentation of evidence? Check one:
   ☑ No    ☐ Yes - Please specify:

F. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

   None

---

Dated: January 30, 2009              Dated: 2/1/09
Doan Law Firm, LLP                   Thomas B. Gorrill
Firm Name                            Firm Name

By: Karen S. Speicher                By: [signature]
Name:                                Name:

Attorney for: Plaintiff Laura Catlin    Attorney for: Defendants

Local Bankruptcy Rule 7016-2(c) requires this form to be filed no later than five (5) days after early conference of counsel together with the *NOTICE OF PRE-TRIAL STATUS CONFERENCE* (Local Form CSD 3019).

CSD 3018

CSD 3018 (Page 4) [05/15/03]

## EXHIBIT A

1.  **DISCOVERY PLAN.** The parties jointly propose to the court the following discovery plan: [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

    Discovery will be needed on the following subjects: (brief description of subjects on which discovery will be needed)

    All discovery commenced in time to be completed by 5/29/2009_____. [Discovery on (issue for early discovery) to be completed by _____.]

    Maximum of __25__ interrogatories by each party to any other part. [Responses due __30__ days after service.]

    Maximum of __50__ requests for admission by each party to any other party. [Responses due __30__ days after service.]

    Maximum of __7__ depositions by plaintiff(s) and __7__ by defendant(s).

    Each deposition [other than of _____]
    limited to maximum of __6__ hours unless extended by agreement of parties.

    Reports from retained experts under Fed. R. Bank. P. 7026(a)(2) due:

    a)    from plaintiff(s) by ___4/30/2009___

    b)    from defendant(s) by ___4/30/2009___

    Supplementations under Fed. R. Bank. P. 7026(e) due (time(s) or interval(s) 4/15/2009_____).

2.  **OTHER ITEMS.** [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

    Plaintiff(s) should be allowed until __2/27/2009__ to join additional parties and until __3/30/2009__ to amend the pleadings.

    Defendant(s) should be allowed until __4/30/2009__ to join additional parties and until __4/30/2009__ to amend the pleadings.

    All potentially dispositive motions should be filed by __6/30/2009__.

    Final lists of witnesses and exhibits under Fed. R. Bank. P. 7026(a)(3) should be due

    a)    from plaintiff(s) by ___8/14/2009___

    b)    from defendant(s) by ___8/14/2009___

    Parties should have __8__ days after service of final lists of witnesses and exhibits to list objections under Fed. R. Bank. P. 7026(a)(3).

    [Other matters.]

CSD 3018