1  | Michael G. Doan, SBN 175649
   | Karen S. Spicker, SBN 127934
2  | DOAN LAW FIRM, LLP
   | 2850 Pio Pico Drive, Suite D
3  | Carlsbad, CA 92008
   | Phone (760) 450-3333 • Fax (760) 720-6082
4  | karen@doanlaw.com

5

6  | Attorneys for PLAINITIFF

7

8  ## UNITED STATES BANKRUPTCY COURT

9  ### Southern District of California

10

11 | In re:                                    | Case No. **06-02058 JM**

12 | LAURA CATLIN                              | AP No. **08-90580-JM**

13 |                                           | Chapter 7

14 | LAURA CATLIN,                             | **JOINT STIPULATION AND MOTION FOR ORDER OF DISMISSAL OF ACTION**

15 |         Plaintiff,

16 | vs.

17 | SUNLAN-062804 LLC, KENNETH MIELE,
   | LAW OFFICES OF KENOSIAN & MIELE,
18 | LLP, AND DOES 1 THROUGH 10
   | INCLUSIVE,

19 |         Defendants.

20

21

22

23

24

25

26

1    **IT IS HEREBY STIPULATED AND MOVED** by and between the

2    parties that this matter may be and hereby is dismissed with prejudice as to

3    all claims, each party to bear their own costs of suit.

4

5    Dated:      April 1, 2009

6    **DOAN LAW FIRM, LLP**

7

8    By: /s/ ecf Karen S.Spicker
     Karen S. Spicker, Attorney for Plaintiff, Laura Catlin

9

10

11   Dated:      April 1, 2009

12   **LAW OFFICE OF THOMAS GORRILL**

13

14   By: /s/ ecf Thomas B. Gorrill
     Thomas B. Gorrill, Attorney for Defendant, Sunlan-062804, LLC

15

16

17

18                    **ORDER**

19           IT IS SO ORDERED.

20

21   DATED:                      _____

22                               HON. JAMES W. MEYERS
                                 United Bankruptcy Judge

23

24

25

26