1  Michael G. Doan, SBN 175649
   Karen S. Spicker, SBN 127934
2  DOAN LAW FIRM, LLP
   2850 Pio Pico Drive, Suite D
3  Carlsbad, CA 92008
   Phone (760) 450-3333 • Fax (760) 720-6082
4  karen@doanlaw.com

5
   Attorneys for PLAINTIFF
6

7

8              **UNITED STATES BANKRUPTCY COURT**

9                 **Southern District of California**

10

11  In re:                                    ) AP No. **08-90580-JM**
                                               )
12  LAURA CATLIN                               ) Chapter 7
                                               )
13  _____   ) **JOINT STIPULATION AND**
                                               ) **MOTION FOR ORDER OF**
14  LAURA CATLIN,                              ) **DISMISSAL OF ACTION**
                                               )
15         Plaintiff,                          )
                                               )
16  vs.                                        )
                                               )
17  SUNLAN-062804 LLC, KENNETH MIELE,          )
    LAW OFFICES OF KENOSIAN & MIELE,           )
18  LLP, AND DOES 1 THROUGH 10                 )
    INCLUSIVE,                                 )
19                                             )
           Defendants.                         )
20  _____   )

21

22

23

24

25

26

**IT IS HEREBY STIPULATED AND MOVED** by and between the parties that this matter may be and hereby is dismissed with prejudice as to all claims, each party to bear their own costs of suit.

Dated:    April 1, 2009

**DOAN LAW FIRM, LLP**

By: /s/ ecf Karen S.Spicker
Karen S. Spicker, Attorney for Plaintiff, Laura Catlin

Dated:    April 1, 2009

**LAW OFFICE OF THOMAS GORRILL**

By: /s/ ecf Thomas B. Gorrill
Thomas B. Gorrill, Attorney for Defendant, Sunlan-062804, LLC