Michael G. Doan, SBN 175649
Karen S. Spicker, SBN 127934
DOAN LAW FIRM, LLP
2850 Pio Pico Drive, Suite D
Carlsbad, CA 92008
Phone (760) 450-3333 • Fax (760) 720-6082
karen@doanlaw.com

Attorneys for PLAINTIFF

# UNITED STATES BANKRUPTCY COURT

## Southern District of California

| | |
|---|---|
| In re:<br><br>LAURA CATLIN<br>_____<br><br>LAURA CATLIN,<br><br>    Plaintiff,<br><br>vs.<br><br>SUNLAN-062804 LLC, KENNETH MIELE, LAW OFFICES OF KENOSIAN & MIELE, LLP, AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>    Defendants. | BK No. 08-06043<br><br>AP No. **08-90580-JM**<br><br>Chapter 7<br><br>**JOINT STIPULATION AND MOTION FOR ORDER OF DISMISSAL OF ACTION** |

1  **IT IS HEREBY STIPULATED AND MOVED** by and between the
2  parties that this matter may be and hereby is dismissed with prejudice as to
3  all claims, each party to bear their own costs of suit.
4
5  Dated:   April 1, 2009
6  **DOAN LAW FIRM, LLP**
7
8  By: /s/ ecf Karen S.Spicker
   Karen S. Spicker, Attorney for Plaintiff, Laura Catlin
9
10
11 Dated:   April 1, 2009
12 **LAW OFFICE OF THOMAS GORRILL**
13
14 By: /s/ ecf Thomas B. Gorrill
   Thomas B. Gorrill, Attorney for Defendant, Sunlan-062804, LLC
15
16
17
18
19
20
21
22
23
24
25
26